AO 91 (Rev. 08/09)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

NOV 2 3 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dora Lilia RODRIGUEZ-Delgado | ) | Case No. |
| | ) | 10 - 6016 |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 10, 2010_____ in the county of _____El Paso_____ in the

___Western___ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8USC1326 | an alien who has been excluded, deported and removed from the United States and who had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202 (4), and 557 was found in the United States. |

This criminal complaint is based on these facts:

On August 10, 2010, the Defendant, Dora Lilia RODRIGUEZ-Delgado, was encountered at the El Paso County Detention Facility by Agent Joseph Rangel, who is assigned to the Criminal Alien Program in El Paso, Texas. Agent Rangel identified himself as an Immigration Enforcement Agent and questioned the Defendant as to her citizenship and immigration status.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Roberto Gerardo, Immigration Enforcement Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____11/23/2010_____

_____
*Judge's signature*

City and state: _____El Paso, Texas_____         David Guaderrama, U.S. Magistrate Judge
*Printed name and title*

WESTERN DISTRICT OF TEXAS

RODRIGUEZ-Delgado, Dora Lilia

November 23, 2010
FACTS (CONTINUED)

The Defendant readily admitted she was a citizen and national of Mexico without immigration documents allowing her to be or remain in the United States.

From statements made by the Defendant to the encountering agent(s), it was determined that the Defendant is an alien illegally in the United States. The Defendant was advised of her rights with a statement of rights which she acknowledged and understood by signing.

The Defendant was enrolled into the ENFORCE/IDENT/IAFIS systems, with positive results indicating the Defendant has an immigration and criminal history.

The Defendant's immigration record checks revealed that the Defendant had been previously removed from the United States to Mexico on or about March 31, 1999 through El Paso, Texas.

Further immigration records checks revealed the defendant has not received the permission from the Attorney General of the United States or the Secretary of Homeland Security to apply for admission into the United States.

On November 22, 2010 the defendant was arrested and booked in to the El Paso County Detention Facility pending her initial appearance in the United States Magistrate Court.

IMMIGRATION HISTORY
REMOVAL ON MARCH 31, 1999 THROUGH EL PASO, TEXAS
REMOVAL ON AUGUST  2008 THROUGH EL PASO, TEXAS.
REMOVAL ON OCTOBER 3, 1998 THROUGH EL PASO, TEXAS.

CRIMINAL HISTORY

1-ARRESTED OR RECEIVED 2010/08/07
  AGENCY-POLICE DEPARTMENT EL PASO (TX0710200)
  CHARGE 1-THEFT PROP>=$50< $500 31.03(E)(2)(AI) PC
  DISPOSITION-RESEARCHING

2-ARRESTED OR RECEIVED 2010/08/10
  AGENCY-DISTRICT ATTORNEY EL PASO (TX071015A)
  CHARGE 1-FRAUD USE/POSS OF IDENTIFYING INFO 32.51 PC
  DISPOSITION-RESEARCHING